1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   LINA PENG (NYBN 5150032)
    Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7224
7        FAX: (415) 436-7027
         Lina.Peng@usdoj.gov
8
    Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,            )   NO. CR-19-00095-WHA
                                         )   [FILED FEBRUARY 12, 2019]
14            Plaintiff,                  )
                                         )
15       v.                              )
                                         )
16  JESSICA PIPITOLU,                     )
                                         )
17            Defendant.                  )
                                         )
    _____)
18

19  UNITED STATES OF AMERICA,            )   NO. CR-19-00373-SI
                                         )   [FILED MAY 9, 2019]
20            Plaintiff,                  )
                                         )   NOTICE OF RELATED CASE IN A CRIMINAL
21       v.                              )   ACTION
                                         )
22  RAKESH ROSHAN,                        )
                                         )
23            Defendant.                  )
                                         )
    _____)
24

25       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

26  that the two above-captioned criminal cases are related.  The United States gives notice that RAKESH

27  ROSHAN is a criminal defendant in case CR 19-00373 SI that is related to an earlier filed criminal case

28  CR 19-00095 WHA because the two cases share a set of underlying events and defendants, and will

    NOTICE OF RELATED CASES
    U.S. v. ROSHAN                                                           v. 7/10/2018

1  likely entail a substantial duplication of labor if heard by different judges.  Accordingly, the government

2  submits that the assignment of both cases to Judge William H. Alsup, who presided over the earlier filed

3  case, is likely to conserve judicial resources and promote the efficient determination of each action.

4  On February 12, 2019, Jessica Pipitolu was charged in a one count Complaint in CR-19-00095

5  WHA, alleging that she possessed with intent to distribute methamphetamine, in violation of Title 21,

6  United States Code, Section 841(a)(1) and (b)(1)(B).  She was indicted of the same offense on February

7  26, 2019.  The Complaint against Ms. Pipitolu alleges events pertaining to Mr. Roshan's charged

8  offense, including that his flight from a security checkpoint led to the search of Ms. Pipitolu and

9  recovery of narcotics from her, and those alleged events overlap with the timeframe of the narcotics

10  conspiracy Mr. Roshan has been charged with, in violation of Title 21, United States Code, Sections

11  846, 841(a)(1) and (b)(1)(B).

12  Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because

13  they involve the same defendants and the same events and occurrences.  Furthermore, the cases are

14  related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions

15  likely would involve substantial duplication of labor by the two judges.

16  Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment

17  of these cases to a single judge is likely to conserve judicial resources and promote an efficient

18  determination of each action.

19

20  DATED: August 15, 2019                                          Respectfully submitted,

21                                                                            DAVID L. ANDERSON
                                                                              United States Attorney
22

23                                                                                        /s/
                                                                              _____
24                                                                            LINA PENG
                                                                              Assistant United States Attorney

25

26

27

28